# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LISA BONTA, | )<br>)<br>) |
| Plaintiff, | ) 3:18-cv-00012-RCJ-WGC |
| vs. | ) |
| WASHOE COUNTY et al., | ) **ORDER** |
| Defendants. | ) |

This is an ADA case arising out of Defendants' employees' treatment of Plaintiff after having shot her husband. Plaintiff has filed a motion for partial offensive summary judgment. Plaintiff filed the motion, however, before a summons even issued to Defendants. The motion is therefore premature, and the Court denies it without prejudice.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion for Summary Judgment (ECF No. 3) is DENIED without prejudice.

IT IS SO ORDERED.

Dated February 14, 2018.

 _____
 ROBERT C. JONES
 United States District Judge