TERRI KEYSER-COOPER
Law Office of Terri Keyser-Cooper
Nev. Bar #3984
3590 Barrymore Dr.
Reno, NV 89512
Tele (775) 337-0323
*Attorney for Plaintiff Lisa Bonta*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LISA BONTA | Case No. 3:18-cv-00012-RCJ-WGC |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT WASHOE COUNTY'S MOTION TO DISMISS |
| vs. | |
| WASHOE COUNTY and CITY OF RENO, | (First Request) |
| Defendants. | |

Plaintiff, LISA BONTA, by and through her counsel TERRI KEYSER-COOPER, of the Law Office of Terri Keyser-Cooper and Defendant WASHOE COUNTY, by and through its counsel, CHRISTOPHER J. HICKS and KEITH G. MUNRO, of the Washoe County District Attorney's Office, hereby stipulate and agree to extend the time period for Plaintiff to file a response to Defendant's Motion to Dismiss (ECF No. 7) for two weeks, up to and including March 14, 2018. Good cause exists because Plaintiff's counsel will be out of town for much of the time.

///

///

///

///

1

Dated this 19th day of February 2018.

                        LAW OFFICE OF TERRI KEYSER-COOPER

                        By:   /s/ Terri Keyser-Cooper
                               TERRI KEYSER-COOPER
                               *Attorney for Plaintiff Lisa Bonta*

Dated this 19th day of February 2018

                        WASHOE COUNTY DISTRICT ATTORNEY'S OFFICE

                        BY:   /s/ Keith G. Munro
                               KEITH G. MUNRO
                               CHRISTOPHER J. HICKS
                               *Attorneys for Washoe County*

**ORDER**

**IT IS SO ORDERED.**

**Dated this 23 day of February 2018**

_____
U.S. MAGISTRATE COURT JUDGE