# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LISA BONTA,<br><br>        Plaintiff,<br><br>v.<br><br>WASHOE COUNTY, *et al.*,<br><br>        Defendants. | Case No.: 3:18-CV-00012-RCJ-WGC<br><br>**ORDER VACATING ORAL ARGUMENT CURRENTLY SET FOR JUNE 12, 2018 AND RESCHEDULING TO MONDAY, JUNE 18, 2018** |

Presently before the Court is Washoe County's Motion to Dismiss (ECF No. 7); and City of Reno's Motion to Dismiss (ECF No. 9). Accordingly,

IT IS HEREBY ORDERED that ORAL ARGUMENT currently set for 1:30PM., Tuesday, June 12, 2018, in RENO COURTROOM 3, before Judge Robert C. Jones is VACATED.

IT IS FURTHER ORDERED that ORAL ARGUMENT is RESCHEDULED to 1:30PM, Monday, June 18, 2018, RENO COURTROOM 3, before Judge Robert C. Jones.

IT IS SO ORDERED this 15th day of May, 2018.

_____
ROBERT C. JONES
District Judge