# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LISA BONTA,<br><br>        Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY, *et al.,*<br><br>        Defendants. | Case No.: 3:18-CV-00012-RCJ-WGC<br><br>**NOTICE TO PARTIES** |

    This matter is before this Court on Notice of Unavailability of Counsel Terri Keyser-Cooper (ECF No. 22).  The parties should note that there is no local rule in our Court providing for the filing of same, and no federal rule supporting same.  While the Court is not precluding anyone from filing same, and as a matter of professionalism and courtesy they should be considered, the parties should understand that these filing have no legal significance.

    IT IS SO ORDERED this 23rd day of July, 2018.

                                                                    _____<br>
                                                                        ROBERT C. JONES<br>
                                                                        District Judge