TERRI KEYSER-COOPER
Law Office of Terri Keyser-Cooper
Nev. Bar #3984
3590 Barrymore Dr.
Reno, NV 89512
Tele (775) 337-0323
*Attorney for Plaintiff Lisa Bonta*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LISA BONTA | Case No. 3:18-cv-00012-RCJ-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT WASHOE COUNTY AND DEFENDANT CITY OF RENO'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| vs. | |
| WASHOE COUNTY and CITY OF RENO, | **(First Request)** |
| Defendants. | |

On July 24, 2018, the Court issued an Order (ECF No. 24) granting Defendants Motion to Dismiss Plaintiff's Complaint. (ECF No. 1). In the same Order the Court granted Plaintiff leave to amend within twenty-one (21) days. Plaintiff will be filing her First Amended Complaint on or about July 31, 2018.

Plaintiff, LISA BONTA, by and through her counsel TERRI KEYSER-COOPER, of the Law Office of Terri Keyser-Cooper and Defendant WASHOE COUNTY, by and through its counsel, CHRISTOPHER J. HICKS and KEITH G. MUNRO, of the Washoe County District Attorney's Office, and Defendant CITY OF RENO, by and through its counsel, KARL HALL and MARK A. HUGHS, hereby stipulate and agree to extend the time period for Plaintiff to file

1

| | |
|---|---|
| 1 | Oppositions to Defendants' Motion to Dismiss, if any Defendant should file such a Motion, up to |
| 2 | and including **September 5, 2018**. |
| 3 |   Good cause exists for the extension of time because Plaintiff's counsel will be in Mongolia |
| 4 | from August 2, 2018 until August 22, 2018 and will be unable to access Defendants' Motions to |
| 5 | Dismiss, if such motions are filed, while in Mongolia. Plaintiff's counsel will be unable to respond |
| 6 | as she will not have access to a computer, the internet, or even electricity as she will primarily be in |
| 7 | the Gobi Desert. |

Dated this 30th day of July 2018.

          LAW OFFICE OF TERRI KEYSER-COOPER

          By: /s/ Terri Keyser-Cooper
             TERRI KEYSER-COOPER
             *Attorney for Plaintiff Lisa Bonta*

Dated this 30th day of July 2018

          WASHOE COUNTY DISTRICT ATTORNEY'S OFFICE

          BY: /s/ Keith G. Munro
             KEITH G. MUNRO
             CHRISTOPHER J. HICKS
             *Attorneys for Washoe County*

Dated this 30th day of July 2018

          RENO CITY ATTORNEY'S OFFICE

          BY: /s/ Mark A. Hughs
             MARK A. HUGHS
             KARL HALL

## **ORDER**

**IT IS SO ORDERED.**

**Dated this** 1st **day of** August **2018**

          *William G. Cobb*
          _____
          UNITED STATES MAGISTRATE JUDGE