1  KARL HALL
   Reno City Attorney
2  MARK HUGHS
3  Nevada Bar #5375
   MARK W. DUNAGAN
4  Nevada Bar #10574
   Post Office Box 1900
5  Reno, NV 89505
6  (775) 334-2050

7  *Attorneys for City of Reno*

8

9  UNITED STATES DISTRICT COURT
   DISTRICT OF NEVADA
10

11 LISA BONTA,                                    Case No.: 3:18-CV-00012-RCJ-WGC

12         Plaintiff,
                                                  **STIPULATION AND ORDER FOR**
13    vs.                                         **EXTENSION OF TIME TO**
                                                  **RESPOND TO FIRST AMENDED**
14                                                **COMPLAINT AND PLAINTIFF'S**
                                                  **RENEWED MOTION FOR**
15 WASHOE COUNTY and CITY OF RENO                 **SUMMARY JUDGEMENT**

16         Defendants.
                                             /    **(FIRST REQUEST)**
17

18

19         Plaintiff, LISA BONTA and Plaintiff's Representatives, Jill Gonzales and Bryce Mower,
20 by and through their counsel, Terri Keyser-Cooper, of the Law Office of Terri Keyser-Cooper,
21 Defendant WASHOE COUNTY, by and through its counsel, Christopher J. Hicks and Keith G.
22 Munro, of the Washoe County District Attorney's Office and Defendant CITY OF RENO
23 ("City"), by and through undersigned counsel, hereby stipulate to the extend the date in which
24 the defendants may respond to Plaintiff's First Amended Complaint (ECF #25) and Plaintiff's
25 Renewed Motion for Summary Judgment (ECF #47) through December 21, 2018.
26         This is the first request for such an extension. The parties have agreed to settlement in
27 this matter. However, from a logistical standpoint, the parties will not be in a position to
28

stipulate to dismissal until after responses to the First Amended Complaint and Renewed Motion for Summary Judgment responses were originally due, which is the reason for this Stipulation.

DATED: October 25, 2018.                           DATED: October 25, 2018.

By: /s/ Terri Keyser-Cooper                        By: /s/ Mark Hughs
    Terri Keyser-Cooper                              KARL S. HALL
    Law Office of Terri Keyser-Cooper                City Attorney
                                                      MARK HUGHS
    *Attorney for Plaintiff Lisa Bonta and*           Deputy City Attorney
    *Plaintiff's Representatives, Jill Gonzales*     MARK W. DUNAGAN
    *and Bryce Mower*                                 Deputy City Attorney

                                                      *Attorneys for City of Reno*

DATED: October 25, 2018.

By: /s/ Keith Munro
    CHRISTOPHER J. HICKS
    District Attorney
    KEITH G. MUNRO
    Deputy district Attorney

    *Attorneys for Washoe County*

**IT IS SO ORDERED.**
Dated this 2 day of NOVEMBER, 2018. ~~October 2018.~~

_____
U.S. District Court Judge

Reno City Attorney
P.O. Box 1900
Reno, NV 89505