CHRISTOPHER J. HICKS
Washoe County District Attorney

KEITH G. MUNRO
Deputy District Attorney
Nevada State Bar Number 5074
P.O. Box 11130
Reno, NV 89520-0027
(775) 337-5700
kmunro@da.washoecounty.us
ATTORNEYS FOR WASHOE COUNTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

LISA BONTA,

    Plaintiff,

vs.

WASHOE COUNTY and CITY OF RENO,

    Defendants.

Case No. 3:18-cv-00012-RCJ-WGC

**STIPULATION TO DISMISS WITH PREJUDICE**

COMES NOW, Washoe County, through counsel, the City of Reno, through counsel, and Plaintiff, through counsel, and hereby stipulate and agree to dismiss this case with prejudice, of all claims brought by Plaintiff, each party to bear their own fees and costs.

///
///
///
///
///
///
///
///

-1-

///

DATED: November 20th, 2018.

CHRISTOPHER J. HICKS
Washoe County District Attorney

By: /s/ Keith G. Munro
    KEITH G. MUNRO, ESQ.
    Deputy District Attorney
    One South Sierra Street
    Reno, Nevada 89501
    (775) 337-5700

ATTORNEY FOR WASHOE COUNTY

DATED: November 20th, 2018.

KARL HALL
Reno City Attorney

By: /s/ Mark Hughs
    MARK HUGHS, ESQ.
    Attorney for City of Reno
    P.O Box 1900
    Reno, Nevada 89505
    (775) 334-2050

ATTORNEY FOR CITY OF RENO

DATED: November 20th, 2018.

By: /s/ Terri Keyser-Cooper
    TERRI KEYSER-COOPER, ESQ.
    3590 Barrymore Drive
    Reno, NV 89512
    (775) 337-0323

ATTORNEY FOR LISA BONTA

**IT IS SO ORDERED**

_____
U.S. DISTRICT JUDGE
DATED: 11-21-2018